IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VAL H. DeMARS,<br><br>　　　　Defendant. | No. 3:24-po-0116-DMC |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VAL H. DeMARS,<br><br>　　　　Defendant. | No. 3:24-po-0117-DMC |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VAL H. DeMARS,<br><br>　　　　Defendant. | No. 3:24-po-0220-DMC |

# ORDER

Defendant, who is not represented by counsel in the three above-captioned actions, has filed waivers of personal appearance for his arraignments, which were set for October 17, 2024, in case nos. 24-po-0116-DMC and 3:24-po-0117-DMC.  See ECF No. 5 in case no. 3:24-po-0116-DMC and ECF No. 5 in case no. 3:24-po-0117-DMC.  Defendant has not filed a similar waiver in case no. 24-po-0220-DMC, which is set for an initial appearance on November 12, 2024.

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), a defendant is permitted to waive personal appearance and/or be arraigned in absentia with the Court's permission.  Here, the Court declines to grant such permission and will require Defendant, who is unrepresented, to personally appear for his arraignment in the above-captioned matters.  Should Defendant retain counsel prior to the scheduled hearing date, the Court will entertain renewed written requests to waive his personal appearance and instead allow appearance through retained counsel.

On the Court's own motion, Defendant's initial appearance in each of the three captioned matters is re-set to December 3, 2024, at 9:00 a.m., in Redding, California.

IT IS SO ORDERED.

Dated:  November 5, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE