**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  3:24-po-0116-DMC-1 |
| Plaintiff, | |
| v. | ORDER |
| VAL H. DeMARS, | |
| Defendant. | |

On the Government's motion, ECF No. 20, this matter is dismissed.  See Fed. R. Crim. P. 48(a).  The status conference set for February 27, 2026, at 11:00 a.m., is vacated and this matter is closed.

**IT IS SO ORDERED.**

Dated:  February 25, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1